UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ICPEP, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>SMC SPECIALTY FINANCE, LLC,<br>GARY S. RASKIN, and<br>ALASTAIR BURLINGHAM,<br><br>    Defendants. | Case No. |

**DEFENDANT SMC SPECIALTY FINANCE, LLC'S**
**<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Defendant SMC Specialty Finance, LLC by counsel, and, pursuant to Fed.R.Civ.P. 7.1(a), states that it does not have a parent corporation and no publicly held corporation or investment holding owns ten (10%) percent or more of SMC Specialty Finance, LLC, a California limited liability company.

Date <u>October 11, 2024</u>      Respectfully submitted,

                                            */s/ Andrew F. Marquis*
                                            Andrew F. Marquis | Attorney No. 28666-49
                                            amarquis@scopelitis.com
                                            SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
                                            10 West Market Street, Suite 1400
                                            Indianapolis, IN 46204
                                            Telephone: 317-637-1777
                                            Facsimile: 317-687-2414

                                            *Attorney for Defendants, SMC Specialty Finance, LLC, Gary S. Raskin, and Alastair Burlingham*

4874-7557-5784,

#2880399v1                                                                                                                        2880399