UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ICPEP, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>SMC SPECIALTY FINANCE, LLC,<br>GARY S. RASKIN, and<br>ALASTAIR BURLINGHAM,<br><br>    Defendants. | Case No. |

**APPEARANCE BY ATTORNEY**

To:   The Clerk of this court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Defendants SMC Specialty Finance, LLC, Gary S. Raskin, and Alastair Burlingham.

Date October 11, 2024

Respectfully submitted,

*/s/ Andrew F. Marquis*
Andrew F. Marquis | Attorney No. 28666-49
amarquis@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
Telephone: 317-637-1777
Facsimile: 317-687-2414

*Attorney for Defendants, SMC Specialty Finance, LLC, Gary S. Raskin, and Alastair Burlingham*

4880-9364-5288,