UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ICPEP, LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   Case No. 1:24-cv-01819-JRS-KMB |
| vs. | ) |
| | ) |
| SMC SPECIALTY FINANCE, LLC, | ) |
| GARY S. RASKIN, and | ) |
| ALASTAIR BURLINGHAM, | ) |
| | ) |
|     Defendants. | ) |

**APPEARANCE BY ATTORNEY**

To: The Clerk of this Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff ICPEP, LLC. I was counsel for Plaintiff in the state court action before removal.

Date: October 14, 2024

Respectfully submitted,
BLEECKER BRODEY & ANDREWS

/s/ David J. Tipton
David J. Tipton, Attorney #2125-98
Email: dtipton@bbanda.com
9247 N. Meridian Street, Suite 101
Indianapolis, IN 46260
Phone: (888) 574-0700
Facsimile: (888) 574-0770
*Attorneys for Plaintiff, ICPEP, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 14, 2024, a copy of the foregoing has been filed electronically through the Court's ECF system. Notice of this filing was sent to the following persons by operation of the Court's Electronic filing system:

Andrew F. Marquis
SCOPELITIS GARVIN LIGHT HANSON & FEARY PC
10 West Market Street
Suite 1400
Indianapolis, IN 46204
(317) 637-1777
Fax: (317) 687-2414
Email: amarquis@scopelitis.com
Attorneys for Defendants