UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ICPEP, LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) Case No. 1:24-cv-01819-JRS-KMB |
| vs. | ) |
| | ) |
| SMC SPECIALTY FINANCE, LLC, | ) |
| GARY S. RASKIN, and | ) |
| ALASTAIR BURLINGHAM, | ) |
| | ) |
|     Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF ICPEP, LLC**

Pursuant to Rule 7.1(a), Fed. R. Civ. P., Plaintiff ICPEP, LLC says:

1. ICPEP, LLC is a Wyoming Limited Liability Company registered as a foreign limited liability company authorized to do business in Indiana.

2. ICPEP, LLC does not have a parent corporation.

3. No publicly held corporation or investment holding owns ten (10%) percent or more of ICPEP, LLC.

Date: October 14, 2024

Respectfully submitted,
BLEECKER BRODEY & ANDREWS

<u>/s/ David J. Tipton</u>
David J. Tipton, Attorney #2125-98
Email: dtipton@bbanda.com
9247 N. Meridian Street, Suite 101
Indianapolis, IN 46260
Phone: (888) 574-0700
Facsimile: (888) 574-0770
*Attorneys for Plaintiff, ICPEP, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 14, 2024, a copy of the foregoing has been filed electronically through the Court's ECF system. Notice of this filing was sent to the following persons by operation of the Court's Electronic filing system:

Andrew F. Marquis
SCOPELITIS GARVIN LIGHT HANSON & FEARY PC
10 West Market Street
Suite 1400
Indianapolis, IN 46204
(317) 637-1777
Fax: (317) 687-2414
Email: amarquis@scopelitis.com
Attorneys for Defendants