UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ICPEP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:24-cv-01819-JRS-KMB |
| vs. | ) |
| | ) |
| SMC SPECIALTY FINANCE, LLC, | ) |
| GARY S. RASKIN, and | ) |
| ALASTAIR BURLINGHAM, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS OR TO COMPEL ARBITRATION

BEFORE THE COURT is Plaintiff's First Motion for Extension of Time [Dkt. 10] to respond to Defendants' **Motion to Dismiss Pursuant to Rule 12(B)(6) or, in the Alternative, to Compel Arbitration** ("Defendants' Motions"). Good cause appearing, Defendants having consented to Plaintiff's requested extension of time, and the Court otherwise being fully advised, now rules as follows.

The Court FINDS and ORDERS:

1. Good cause supports Plaintiff's motion (ECF Doc. 10) and Defendants consent to the requested extension of time.

2. Plaintiff's extended due date to respond to Defendants' Motions (ECF Doc. 8) is November 22, 2024.

SO ORDERED.

Date: 11/4/2024

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record.