UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ICPEP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:24-cv-01819-JRS-KMB |
| vs. | ) |
| | ) |
| SMC SPECIALTY FINANCE, LLC, | ) |
| GARY S. RASKIN, and | ) |
| ALASTAIR BURLINGHAM, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING LEAVE OF COURT TO PLAINTIFF TO SUBMIT ADDITIONAL EVIDENCE IN OPPOSITION TO DEFENDANTS' PENDING MOTIONS (ECF NO. 8 AND 26)

BEFORE THE COURT is Plaintiff's Motion (ECF No. 36) for Leave of Court to File Additional Evidence Opposing Defendants' Pending Motions to Dismiss or Alternatively Compel Arbitration (ECF No. 8); and to Reconsider Order Granting Leave to Plaintiff to Take Personal Jurisdiction Discovery (ECF No. 26).

Good cause appearing, no prejudice to Defendants existing, and the Court otherwise being fully advised,

The Court FINDS and ORDERS:

1. Plaintiff's motion and leave of Court is GRANTED.

2.  Plaintiff is granted leave to file the Second Declaration of Danny Chan and the motion ICPEP filed in the California Arbitration to Stay or Dismiss for Lack of Arbitral Jurisdiction (attached to the Declaration), as an additional exhibit (Exhibit "W") supporting ICPEP's opposition to Defendants' pending motions (ECF No. 8 and 26).

SO ORDERED.

Date: _____

_____
KELLIE M. BARR
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record.